AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of West Virginia

**FILED**

JUN 2 2 2026

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | |
| ROSELY MILLA-DIAZ | ) | 3:26-mj-00030 |
| | ) | |
| *Defendant(s)* | ) | |

# CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___June 19, 2026___ in the county of ___Putnam___ in the ___Southern___ District of ___West Virginia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111 | Assaulting, resisting, or impeding certain officers or employees |

This criminal complaint is based on these facts:

On June 19, 2026, Hurricane, West Virginia, Police Officer R. Moses initiated a traffic stop on a 2007 Dodge truck bearing Kentucky registration BYH087. The vehicle was stopped for defective equipment due to an inoperable brake light and a window tint violation. Officer Moses approached the driver and requested his driver's license. None of the vehicle's four occupants were able to provide a United States–issued driver's license, and none were able to speak English. The front-seat passenger presented a Honduran identification card and was identified as defendant ROSELY MILLA-DIAZ. Officer Moses contacted Immigration and Customs Enforcement ("ICE") for assistance. ICE Deportation Officers ("DO") R. Nichols, C. Holloran, T. Fisher, S. Fletcher, and Z. Lackey responded to the scene. Upon arrival, DO Fletcher attempted to communicate with the driver, who refused to unlock the vehicle doors. DO Nichols accessed the passenger side, opened the door, and unlocked the vehicle. At that time, the two passengers in the back seat attempted to flee via the rear driver-side door. Officer Moses and DO Fisher apprehended one of the passengers in the interstate median after he fled across the roadway. DO Nichols detained the other fleeing passenger by holding his belt; however, defendant ROSELY MILLA-DIAZ assaulted DO Nichols by striking and pulling his arms, enabling the second passenger to break free and flee. DO Holloran attempted to apprehend the second passenger, but defendant ROSELY MILLA-DIAZ struck and punched DO Holloran, causing both to fall and allowing the second backseat passenger to escape on foot. These events occurred at or near Hurricane, Putnam County, West Virginia, within the Southern District of West Virginia. Defendant ROSELY MILLA-DIAZ is charged with assaulting a federal officer in the performance of the officer's official duties, in violation of Title 18, United States Code, Section 111.

☐ Continued on the attached sheet.

_____
*Complainant's Signature*

David Kluemper
Supervisory Detention and Deportation Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ___06/22/2026___

_____
*Judge's signature*

City and state: ___Charleston, West Virginia___    Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*