(03/2025)

# United States District Court
## SOUTHERN DISTRICT OF WEST VIRGINIA

### AT HUNTINGTON

UNITED STATES OF AMERICA

v.                                                    **CRIMINAL NO.**  3:26-mj-00030

ROSELY MILLA-DIAZ

<div style="border:2px solid red; color:red;">

**This form applies to the above-entitled action only.**

**Select and complete the appropriate section of this form to:**

    (1)    to add your name as counsel of record;
    (2)    to change representation within your firm;
    (3)    to remove your name from the court's service list; or
    (4)    update your name and/or firm information.

**Withdrawal and/or Termination of Representation should be made in accordance with:**
**L R Cr P 44.4  Withdrawal and/or Termination of Representation**
No attorney who has entered an appearance in any criminal action shall withdraw the appearance or have it stricken from the record, except by order. **A defense attorney in any criminal case shall continue the representation until relieved by order of this court or the Court of Appeals. A motion to withdraw shall be accompanied by a notice of appearance of substitute counsel. In the absence of the appearance of substitute counsel, a motion to withdraw shall set forth sufficient information to enable the court to rule.**

</div>

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

I,  Jonathan T. Storage                                    hereby provide this ***Notice of***
*Name of Attorney and Bar Number*

***Change of Attorney Information*** to the Court and request the Clerk's Office to:

☐    **Please add my name as counsel of record *in the above-entitled action only* as follows:**

My firm/government agency, _____ has made an appearance in the above-entitled action. I request to be added as additional counsel of record for the following party(ies) on whose behalf my firm/government agency has already made an appearance.

Name of Party(ies) Represented:

☑ **Please change within-firm representation _in the above-entitled action only_ as follows:**

My firm/government agency, <u>United States Attorney's Office</u>
by <u>Joseph F. Adams</u>　has made an appearance in the above-entitled action. I request to be substituted as counsel of record for the following party(ies) on whose behalf <u>Joseph F. Adams</u> has appeared and further request the court to remove <u>Joseph F. Adams</u>　from the court's service list for this case only.

Name of Party(ies) Represented:

United States of America

---

☐ **Please remove me from the Court's services list _in the above-entitled action only_.**

I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc., and am notifying the court to remove my name from its service list for this case only. I will notify the Clerk of Court should this notice requirement change.

Further, I hereby absolve other counsel of record, if any exist, or pro se parties, from serving any future correspondence, motions, pleadings, notices, etc., upon me in this case only.

---

☐ **Please update my name and/or firm information _in the above-entitled action only_ as follows:**

| | |
|---:|---|
| Former name: | |
| New name: | |
| New firm/government agency name: | |
| New mailing address: | |
| City/State/Zip Code: | |
| New telephone number: | |
| New fax number: | |
| New e-mail address: | |

_(provide only if a registered CM/ECF e-filer)_

---

Date: <u>June 22, 2026</u>　　_s/_　Jonathan T. Storage
　　　　　　　　　　　　_s/ Electronic Signature_

| | |
|---|---|
| _State Bar number:_ | WV State Bar No. 12279 |
| _Firm/Government Agency:_ | United States Attorney's Office |
| _Mailing Address:_ | 300 Virginia Street, East, Room 4000 |
| _City/State/Zip Code:_ | Charleston, WV 25301 |
| _Telephone number:_ | 304-345-2200 |
| _Fax number:_ | 304-347-5104 |
| _E-mail:_ | Jonathan.Storage@usdoj.gov |

Page 2 of 2