**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                        **Case No: 3:26-MJ-00030**

**ROSELY MILLA-DIAZ**

### NOTICE OF APPEARANCE OF ASSIGNED COUNSEL

Now comes Assistant Federal Public Defender, Lex A. Coleman, and appears as assigned counsel of record for the defendant herein.  All future correspondence, motions, pleadings, orders, notices, etc. should be sent to the undersigned at the address listed below.

Dated this 2nd day of July 2026

> **WESLEY P. PAGE
> FEDERAL PUBLIC DEFENDER**
>
> **s/ Lex A. Coleman**
> **Lex A. Coleman, WV Bar No. 10484
> Assistant Federal Public Defender
> Counsel for Defendant
> United States Courthouse, Room 3400
> 300 Virginia Street East
> Charleston, West Virginia 25301
> Telephone: (304) 347-3350
> Facsimile: (304) 347-3356
> E-mail: lex_coleman@fd.org**