AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     WEST VIRGINIA

UNITED STATES OF AMERICA
V.
ROSELY MILLA-DIAZ

## EXHIBIT AND WITNESS LIST

Case Number:  3:26-mj-00030

| PRESIDING JUDGE Omar J. Aboulhosn | | | | | PLAINTIFF'S ATTORNEY AUSA Timothy D. Boggess | DEFENDANT'S ATTORNEY AFPD Lex A. Coleman |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) IA, PH & DH: 7.7.2026 | | | | | COURT REPORTER CourtSmart | COURTROOM DEPUTY Tammy Davis |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| X | | 7/7/2026 | | | \Testimony of Deportation Officer Chuck Holloran | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages