## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
|   Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:26-mj-00030 |
| | ) | |
| ROSELY MILLA-DIAZ | ) | |
| | ) | |
|   Defendant | ) | |
| | ) | |

### <u>AMENDED ORDER</u>

On July 7, 2026, in Beckley, the United States was represented by Timothy D. Boggess, Assistant United States Attorney, while the Defendant, Rosely Milla-Diaz, was in custody and represented by counsel, Lex A. Coleman, Assistant Federal Public Defender. This hearing was for an Initial Appearance, Preliminary Hearing and Detention Hearing following the Defendant's arrest on a warrant issued based on a Criminal Complaint. Also present was Jacob Grimmett, United States Probation Officer, and Johnnie Benningfield, a Spanish interpreter.

The Defendant was not called upon to enter a plea. The Court informed the Defendant of the charges in the case, her right to counsel, and matters relating to conditions of release. The Court further advised the Defendant that she was not required to make a statement and that any statement made could be used against her.

The Court found the Defendant qualified for court-appointed counsel based upon the financial affidavit submitted by her. Accordingly, it is hereby **ORDERED** that the Federal Public Defender's Office is appointed to represent the Defendant in this matter.

The Court proceeded to the Preliminary Hearing. After hearing the testimony of a witness, the Court found probable cause to believe that the Defendant committed the charge charged in the Criminal Complaint, a violation of Title 18, United States Code, Section 111. Accordingly, it is further **ORDERED** that the Defendant shall appear for further proceedings.

Upon consideration of the Motion for Detention Hearing filed by the United States pursuant to 18 U.S.C. § 3142(f), the Court **GRANTED** said motion and proceeded with the Detention Hearing. Following arguments of counsel, the Court found the Defendant was not a flight risk but needed more information to determine if the proposed residence was a proper place for Defendant's release. Therefore, the Court **CONTINUED** the Detention Hearing to **Thursday, July 16, 2026, at 1:00 p.m. in Beckley** to allow probation time to complete and submit a written Pretrial Services Report. [1]

Accordingly, it is **ORDERED** that the Defendant be **REMANDED** to the custody of the United States Marshal pending the continued Detention Hearing.

The Court DIRECTS the Clerk to transmit a copy of this Order to counsel of record, to the Defendant, to the United States Probation Office, and to the Office of the United States Marshal.

ENTERED: July 9, 2026.



Omar J. Aboulhosn
United States Magistrate Judge

---

[1] The US Marshal Service is **DIRECTED** to have the Defendant's belongings with her at the continued detention hearing.