**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal Action No. 3:26-mj-00030 |
| | ) | |
| ROSELY MILLA-DIAZ | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

On July 16, 2026, in Beckley, the United States was represented by Brian D. Parsons, Assistant United States Attorney, while the Defendant, Rosely Milla-Diaz, was in custody and represented by Lex A. Coleman, an Assistant Federal Public Defender. This hearing was for the continuation of the Detention Hearing initiated on July 7, 2026. Also present were Jacob Grimmett, United States Probation Officer, and Johnnie Benningfield, a court-certified Spanish interpreter.

The Court inquired of the parties if they have reviewed the Pre-Trial Services Report and if either had any additions or corrections. Counsel for both parties indicated that they had reviewed the same and had no additions or corrections. After offering the parties the opportunity to provide further argument, the Court found there were conditions the Court could place on the Defendant. Accordingly, it is hereby **ORDERED** that the Defendant is **RELEASED** on a Ten Thousand Dollar ($10,000.00) unsecured Appearance Bond and Order Setting Conditions of Release as outlined therein. The Defendant will be placed on GPS Monitoring; therefore, the Defendant is **ORDERED RELEASED** from custody of the US Marshals at the courthouse due to the need to place a GPS unit on the Defendant.

The Court **DIRECTS** the Clerk to provide a copy of this Order to counsel of record, to the Defendant, to the United States Probation Department, and to the Office of the United States Marshal.

ENTERED: July 16, 2026.

Omar J. Aboulhosn
United States Magistrate Judge

2