**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**HUNTINGTON**

**UNITED STATES OF AMERICA**

**v.** **CRIMINAL NO. 3:26-mj-00030**

**ROSELY MILLA-DIAZ**

## NOTICE OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through Jonathan T. Storage, Assistant United States Attorney for the Southern District of West Virginia, by leave of Court endorsed hereon, hereby dismisses without prejudice the complaint filed herein against ROSELY MILLA-DIAZ in Criminal No. 3:26-mj-00030 pending further investigation.

Respectfully submitted,

MOORE CAPITO
United States Attorney

By:
s/Jonathan T. Storage
JONATHAN T. STORAGE
Assistant United States Attorney
WV State Bar No. 12279
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
E-mail: Jonathan.Storage@usdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing "Notice of Dismissal" has been electronically filed and service has been made on opposing counsel by virtue of electronic mail this the 28th day of July, 2026, to:

Lex A. Coleman, Esq.
Office of the Federal Public Defender
300 Virginia Street, East, Suite 3400
Charleston, West Virginia 25301
E-mail: lex_coleman@fd.org

s/Jonathan T. Storage
JONATHAN T. STORAGE
Assistant United States Attorney